**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **LONG CORNER CONSUMER ELECTRONICS LLC,** | |
| Plaintiff, | Case No. 2:14-cv-00352-JRG |
| v. | **CONSOLIDATED CASE LEAD CASE** |
| **ARCHOS, INC.,** | |
| Defendant. | |
| **LONG CORNER CONSUMER ELECTRONICS LLC,** | |
| Plaintiff, | Case No. 2:14-cv-358 |
| v. | **PATENT CASE** |
| **SHAGHAL LTD. D/B/A EMATIC,** | **JURY TRIAL DEMANDED** |
| Defendant. | |

**ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS BETWEEN
PLAINTIFF LONG CORNER CONSUMER ELECTRONICS LLC
AND DEFENDANT SHAGHAL LTD. D/B/A EMATIC**

On this day the Court considered the Agreed Motion for Dismissal with Prejudice of All Claims Between Plaintiff Long Corner Consumer Electronics LLC ("Long Corner") and Defendant Shaghal Ltd. d/b/a eMatic ("Shaghal"). Having considered the Agreed Motion and the pleadings in this case, the Court is of the opinion that the Agreed Motion should be, and is hereby, GRANTED.

It is therefore ORDERED that all claims asserted by Long Corner against Shaghal are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

So **ORDERED and SIGNED** this 18th day of July, 2014.

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE